## FOURTH DISTRICT.

**George W. Ludwig, appellee, v. Ella E. Burgess et al., appellants.**

Heard in this court at the October term, 1928. ▮▮▮ Opinion filed February 1, 1929.

D. F. Moore, for appellants. Walter W. Williams and Thurlow G. Lewis, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.